UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| LORI EHRLER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 19-275-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties have tendered a proposed agreed order of dismissal, docketed a motion, indicating that all claims in this matter have been resolved. [Record No. 15] Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The parties' proposed agreed order, docketed as a motion [Record No. 15], is **GRANTED**.

2. Plaintiff Lori Ehrler's claims against Defendant Life Insurance Company of North America, are **DISMISSED**, with prejudice.

3. The settling parties shall bear their respective costs, expenses and attorney's fees.

4. This matter is **DISMISSED** and **STRICKEN** from the Court's docket.

Dated: October 28, 2019.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky